United States District Court
Southern District of Texas
**ENTERED**
July 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | CRIMINAL ACTION NO. 4:19-CR-453-3 |
| HANH HONG THI NGUYEN | § § § | |

## ORDER

Pending before the Court is Defendant's Motion to Modify Conditions of Release (Doc. No. 25) and the United States' Response in Opposition (Doc. No. 31). The Court has reviewed the motion and response thereto and finds that, in the interest of justice, the motion should be denied. Accordingly, it is hereby

**ORDERED** that the Defendant's Motion to Modify Conditions of Release (Doc. No. 25) is **DENIED**.

SIGNED at Houston, Texas, this ___15th___ day of July, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE